UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOE HOUSTON,

        Plaintiff,

v.                              Case No: 2:13-cv-166-FtM-38DNF

CLEWISTON 641, LLC,

        Defendant.
_____/

## ORDER

This matter comes before the Court on the Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (Doc. #16) filed on June 7, 2013. The Plaintiff informs the Court that the Parties have settled the case and advises that he voluntarily dismisses the Complaint with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to voluntarily dismiss a case without a court order as long an answer or summary judgment has not been filed. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, No answer or summary judgment has been file, therefore; the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Complaint (Doc. # 1) is **DISMISSED with prejudice** and the Clerk of the Court is directed to **CLOSE** the case and terminate all deadlines and any outstanding motions.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record